## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICHAEL JOE WEBB**                                                                            **PLAINTIFF**
*#269685*

**v.**                                   **CASE NO. 4:23-CV-01058-BSM**

**SARAH HUCKABEE SANDERS,**                                             **DEFENDANTS**
**Governor, State of Arkansas; TIM**
**HUTCHESON, Attorney General,**
**Arkansas; A. AUSTIN, Correctional**
**Oficer, PCRDF; and DOE, Sheriff,**
**Pulaski County**

### <u>ORDER</u>

After careful review of the record, United States Magistrate Judge Benecia B. Moore's

recommended disposition [Doc. No. 7] is adopted.  Michael Webb's claims are dismissed

without prejudice for failure to state a claim upon which relief may be granted.  It is

recommended that this dismissal count as a "strike" within the meaning of 28 U.S.C. §

1915(g), and an *in forma pauperis* appeal from this order would not be taken in good faith.

28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 3rd day of October, 2024.


_____
UNITED STATES DISTRICT JUDGE