IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL JOE WEBB**  **PLAINTIFF**
*#269685*

v.  CASE NO. 4:23-CV-01058-BSM

**SARAH HUCKABEE SANDERS,**  **DEFENDANTS**
Governor, State of Arkansas; TIM
HUTCHESON, Attorney General,
Arkansas; A. AUSTIN, Correctional
Oficer, PCRDF; and DOE, Sheriff,
Pulaski County

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE